*Wednesday, September 2, 1998*

1416

## MOTION DOCKET

**94–1538. State v. Bies.**
Hamilton App. No. C–920841. On motion to continue stay of execution pending exhaustion of postconviction remedies. Motion granted; stay to expire in sixty days.